UNITED STATES of America,
Plaintiff–Appellee,

v.

Maricela GUERRERO–HERNANDEZ,
Defendant–Appellant.

No. 06–40288
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 4, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Maricela Guerrero–Hernandez (Guerrero) appeals the sentence that she received after she pleaded guilty to transporting an undocumented alien within the United States for financial gain. Her argument that the district court violated *United*

States v. Booker, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), when it enhanced her sentence on facts not alleged in the indictment or admitted is meritless. See United States v. Johnson, 445 F.3d 793, 798 (5th Cir.2006), cert. denied, —— U.S. ——, 126 S.Ct. 2884, 165 L.Ed.2d 908 (2006). Guerrero's argument that the district court erred when it enhanced her sentence pursuant to U.S.S.G. § 2L1.1(b)(5) because Mendoza was in the "backseat area" of the vehicle is likewise without merit. See United States v. Zuniga–Amezquita, 468 F.3d 886, 887 (5th Cir. 2006); § 2L1.1(b)(5), comment. (n.6). Last, the district court's sentence, which was within the guidelines range of imprisonment, was reasonable. See United States v. Mares, 402 F.3d 511, 520 (5th Cir.), cert. denied, —— U.S. ——, 126 S.Ct. 43, 163 L.Ed.2d 76 (2005); 18 U.S.C. § 3553(a).

AFFIRMED.